UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:25-CR-00006-D-RJ

UNITED STATES OF AMERICA )
)
)
v. )                    ORDER
)
)
JOHN JOSEPH BONNER )

THIS CAUSE came on to be heard and was heard upon Defendant's Motion to Seal Docket

Entry 398. The Court is of the opinion that this motion should be filed under seal in the interest

of justice.

IT IS, THEREFORE, ORDERED that the requested documents be sealed and filed under

seal.

This __17__ day of March, 2026.


_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE